UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LORD ABBETT INVESTMENT TRUST-LORD ABBETT SHORT DURATION INCOME FUND, *et al.*,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>PETRÓLEO BRASILEIRO S.A.-PETROBRAS, *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 1:15-cv-07615<br><br>**Rule 7.1 Statement** |

　　　　Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs Lord Abbett Investment Trust – Lord Abbett Short Duration Income Fund, Lord Abbett Investment Trust – Lord Abbett Inflation Focused Fund, and Lord Abbett Global Fund, Inc. – Lord Abbett Emerging Markets Currency Fund ("Plaintiffs") certifies as follows:

　　　　1.　　Plaintiffs are private, non-governmental entities that have no parent corporation.

　　　　2.　　To the best of Plaintiffs' knowledge, the below publicly held entities, or entities related to publicly held companies, own 10% or more of (i) the outstanding shares of one or more of the Funds and/or (ii) one or more particular classes of the outstanding shares of one or more of the Funds. A majority of the entities listed hold these shares in custodial accounts on behalf of their customers, not as direct beneficial owners of the shares.

<u>Lord Abbett Investment Trust – Lord Abbett Short Duration Income Fund</u>
Edward D. Jones & Co.
Charles Schwab & Co., Inc.

MLPF&S, For The Sole Benefit Of Its Customers
Morgan Stanley Smith Barney
Pershing LLC
Wells Fargo Advisors LLC
UBS Financial Services Inc., FBO UBS WM USA
National Financial Services LLC, FEBO Customers Mutual Funds
Lord Abbett Multi-Asset Income Fund
DCGT Trustee & or Custodian, FBO PLIC Various Retirement Plans Omnibus
Sammons Financial Network LLC, FBO Various Accounts

<u>Lord Abbett Investment Trust – Lord Abbett Inflation Focused Fund</u>
Charles Schwab & Co., Inc.
National Financial Services LLC, FEBO Customers Mutual Funds
Pershing LLC
UBS Financial Services Inc., FBO UBS WM USA
MLPF&S, For The Sole Benefit Of Its Customers
Morgan Stanley Smith Barney
Wells Fargo Advisors LLC
DCGT Trustee & or Custodian, FBO PLIC Various Retirement Plans Omnibus
PAI Trust Company, Inc., Purdum

<u>Lord Abbett Global Fund, Inc. – Lord Abbett Emerging Markets Currency Fund</u>
Lord, Abbett & Co. LLC
National Financial Services LLC, FEBO Customers
Edward D. Jones & Co.
MLPF&S, For The Sole Benefit Of Its Customers
Pershing LLC
Wells Fargo
Morgan Stanley Smith Barney
UBS Financial Services Inc.
Lord Abbett Multi-Asset Balanced Opportunity
Lord Abbett Multi-Asset Income Fund
Lord Abbett Multi-Asset Global Opportunity Fund
Reliance Trust Co.
Mid Atlantic Trust Co., FBO Apex Laboratory Inc. 401K PSP & Trust
Health Care Technology Trust, FBO Health Care Technology 401K PSP

Dated: October 9, 2015

          /s/ Geoffrey C. Jarvis
          Jay W. Eisenhofer
          Geoffrey C. Jarvis
          Deborah A. Elman
          David M. Haendler (*pro hac vice pending*)
          Robert Gerson
          **GRANT & EISENHOFER P.A.**
          485 Lexington Avenue
          New York, N.Y. 10017
          Tel: 646-722-8500

          *Counsel for Plaintiffs*