AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | |
|---|---|
| Lord Abbett Inv. Trust-Short Duration Income Fund <br> (see attached addendum for additional plaintiffs) <br> *Plaintiff* <br><br> v. <br><br> Petróleo Brasileiro S.A.-Petrobras <br> (see attached addendum for additional defendants) <br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Civil Action No.   1:15-cv-07615

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   MORGAN STANLEY & CO. LLC
1585 Broadway
New York, NY 10036

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Geoffrey C. Jarvis
GRANT & EISENHOFER P.A.
485 Lexington Avenue
New York, N.Y. 10017
Tel: (646) 722-8500

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   9/25/2015

/s/ P. Canales

*Signature of Clerk or Deputy Clerk*



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
LORD ABBETT INV. TRUST-SHORT
DURATION INCOME FUND; ET AL.,

                           Civil Action No. 1:15-cv-07615

                   Plaintiff(s),

   -against-

PETRÓLEO BRASILEIRO S.A.-
PETROBRAS; ET AL.,

                           **AFFIDAVIT OF SERVICE**

                   Defendant(s).
-------------------------------------------------------X
STATE OF NEW YORK  )
                S.S.
COUNTY OF NEW YORK )

     BOBBY ALI, being duly sworn deposes and says that he is over the age of eighteen years, is an agent of CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. and is not a party to this action.

     That on the 20th day of October, 2015, at approximately 11:52 a.m., deponent served a true copy of the **Summons in a Civil Action; Complaint; and ECF Rules & Instructions** upon Morgan Stanley & Co., LLC at 1221 Avenue of the Americas, New York, New York 10020 by personally delivering and leaving the same with Mayra Oviedo, Director, who is authorized by law to accept service.

     Mayra Oviedo is an olive-skinned Hispanic female, approximately 25-35 years of age, is approximately 5 feet and 0-3 inches tall, weighs approximately 130-160 pounds, with long brown hair and dark eyes.

Sworn to before me this
20th day of October, 2015

                                BOBBY ALI #871612

NOTARY PUBLIC, STATE OF NEW YORK
MICHAEL J. KEATING
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2018

# ADDENDUM

PLAINTIFFS:

Lord Abbett Investment Trust-Lord Abbett Short Duration Income Fund, Lord Abbett Investment Trust – Lord Abbett Inflation Focused Fund, and Lord Abbett Global Fund, Inc. – Lord Abbett Emerging Markets Currency Fund

C/O
GRANT & EISENHOFER P.A.
485 Lexington Avenue, 29th floor
New York, NY 10017

DEFENDANTS:

| | |
|---|---|
| **PETRÓLEO BRASILEIRO S.A. — PETROBRAS**<br>570 Lexington Avenue, 43rd Floor<br>New York, NY 10022-6837 | **JOSÉ RAIMUNDO BRANDÃO PEREIRA**<br>c/o Petróleo Brasileiro S.A. —Petrobras<br>570 Lexington Avenue, 43rd Floor<br>New York, NY 10022-6837 |
| **PETROBRAS GLOBAL FINANCE B.V.**<br>c/o Petróleo Brasileiro S.A. —Petrobras<br>570 Lexington Avenue, 43rd Floor<br>New York, NY 10022-6837 | **SÉRVIO TÚLIO DA ROSA TINOCO**<br>c/o Petróleo Brasileiro S.A. —Petrobras<br>570 Lexington Avenue, 43rd Floor<br>New York, NY 10022-6837 |
| **MARIA DAS GRAÇAS SILVA FOSTER**<br>c/o Petróleo Brasileiro S.A. – Petrobras<br>570 Lexington Avenue, 43rd Floor<br>New York, NY 10022-6837 | **PAULO JOSÉ ALVES**<br>c/o Petróleo Brasileiro S.A. — Petrobras<br>570 Lexington Avenue, 43rd Floor<br>New York, NY 10022-6837 |
| **ALMIR GUILHERME BARBASSA**<br>c/o Petróleo Brasileiro S.A. – Petrobras<br>570 Lexington Avenue, 43rd Floor<br>New York, NY 10022-6837 | **GUSTAVO TARDIN BARBOSA**<br>c/o Petróleo Brasileiro S.A. – Petrobras<br>570 Lexington Avenue, 43rd Floor<br>New York, NY 10022-6837 |
| **DANIEL LIMA DE OLIVEIRA**<br>c/o Petróleo Brasileiro S.A. — Petrobras<br>570 Lexington Avenue, 43rd Floor<br>New York, NY 10022-6837 | **ALEXANDRE QUINTÃO FERNANDES**<br>c/o Petróleo Brasileiro S.A. — Petrobras<br>570 Lexington Avenue, 43rd Floor<br>New York, NY 10022-6837 |
| **MARCOS ANTONIO ZACARIAS**<br>c/o Petróleo Brasileiro S.A. – Petrobras<br>570 Lexington Avenue, 43rd Floor<br>New York, NY 10022-6837 | **CORNELIS FRANCISCUS JOZEF LOOMAN**<br>c/o Petróleo Brasileiro S.A. – Petrobras<br>570 Lexington Avenue, 43rd Floor<br>New York, NY 10022-6837 |

| | |
|---|---|
| **BB SECURITIES LTD.**<br>535 Madison Avenue, 34th Floor<br>New York, NY 10022 | **HSBC SECURITIES (USA) INC.**<br>354 Sixth Avenue<br>New York, NY 10011 |
| **CITIGROUP GLOBAL MARKETS INC.,**<br>388 Greenwich Street<br>New York, NY 10013 | **MERRILL LYNCH, PIERCE, FENNER & SMITH INC.**<br>One Bryant Park<br>New York, NY 10036 |
| **ITAÚ BBA USA SECURITIES, INC.**<br>767 5th Avenue, 50th Floor<br>New York, NY 10153 | **STANDARD CHARTERED BANK**<br>Two Gateway Center, 13th Floor<br>Newark, NJ 07102 |
| **J.P. MORGAN SECURITIES LLC**<br>277 Park Avenue<br>New York, NY 10172 | **BANK OF CHINA (HONG KONG) LIMITED**<br>Bank of China Tower, 14th Floor<br>1 Garden Road<br>Central<br>Hong Kong, China |
| **MORGAN STANLEY & CO. LLC**<br>1585 Broadway<br>New York, NY 10036 | **BANCO BRADESCO BBI S.A.**<br>450 Park Avenue, 32nd Floor<br>New York, NY 10022 |
| **MITSUBISHI UFJ SECURITIES (USA), INC.**<br>1633 Broadway, 29th Floor<br>New York, NY 10019-6708 | **BANCA IMI S.P.A.**<br>c/o Banca IMI Securities Corp.<br>One William Street<br>New York, NY 10004 |
| **SCOTIA CAPITAL (USA) INC.**<br>One Liberty Plaza<br>165 Broadway, 25th Floor<br>New York, NY 10006 | **THEODORE MARSHALL HELMS**<br>c/o Petróleo Brasileiro S.A. – Petrobras<br>570 Lexington Avenue, 43rd Floor<br>New York, NY 10022-6837 |
| **JOSÉ SERGIO GABRIELLI DE AZEVEDO**<br>c/o Petróleo Brasileiro S.A. —Petrobras<br>570 Lexington Avenue, 43rd Floor<br>New York, NY 10022-6837 | |